IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR LEE GRIGGS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-0320-CG-M |
| | ) |
| GRANT CULLIVER, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

Pursuant to the order entered this date **ADOPTING** the Report and Recommendation of the Magistrate Judge and dismissing this petition, it is **ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED with prejudice** and **JUDGMENT is entered in favor of respondent, Grant Culliver, and against petitioner, Arthur Lee Griggs.**

**DONE and ORDERED** this 10th day of December, 2008.

　　　　　　　　　　　　　　　/s/  Callie V. S. Granade
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE